Upon another trial, the question of the prosecutor's argument will not arise.

Because this indictment will support a misdemeanor conviction as a first offender, the cause is not ordered dismissed, but the judgment is reversed and the cause remanded.

It is so ordered.

**Doris Jean WHEELER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27669.**

Court of Criminal Appeals of Texas.

June 15, 1955.

No attorney on appeal for appellant.

Henry Wade, Crim. Dist. Atty., George P. Blackburn, George Edwards, Asst. Crim. Dist. Attys., Dallas, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Misdemeanor theft is the offense; the punishment, sixty days' confinement in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.